UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 12-178 DSF (MANx) | Date | 4/15/13 |
|---|---|---|---|
| Title | United States of America, etc., et al. v. Allied Industries, Inc., etc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order re Filing of Status Reports


The Court has been advised that prosecution of this action has been stayed by the filing of a bankruptcy petition as to Defendant Allied Industries, Inc.  See 11 U.S.C. § 362.

In order to permit the Court to monitor this action, the Court orders Plaintiffs to file periodic status reports indicating what steps have been taken to obtain relief from the stay or to prosecute the stayed claims in the bankruptcy proceeding.  The first such report is to be filed by August 30, 2013 unless the stay is lifted sooner.  Successive reports shall be filed every 90 days thereafter.  Each report must indicate on the face page the date on which the next report is due.

IT IS SO ORDERED.